FILED

01/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0016



## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0016

MOORE FAMILY COMPANY and MOORE REVOCABLE LIVING
TRUST DATED NOVEMBER 14, 2019,

      Plaintiff and Appellants,

  v.

TIMOTHY C. KELLY and MARTHA EVERT KELLY as TRUSTEE of the
TIMOTHY C. KELLY AND MARTHA EVERT KELLY REVOCABLE
TRUST, U/A/D/ DECEMBER 8, 2008,

      Defendants, Appellees and Cross-Appellants.

-------------------------------------------------------------------------------------------------

TIMOTHY C. KELLY and MARTHA EVERT KELLY as TRUSTEE of the
TIMOTHY C. KELLY AND MARTHA EVERT KELLY REVOCABLE
TRUST, U/A/D/ DECEMBER 8, 2008,

      Counter Claimants,

  v.

MOORE FAMILY COMPANY and ROBERT B. MOORE and
ELIZABETH J. MOORE as TRUSTEES of the MOORE REVOCABLE
LIVING TRUST DATED NOVEMBER 14, 2019,

      Counter-Defendants.

**ORDER OF
MEDIATOR
APPOINTMENT**

     This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

     IT IS ORDERED THAT **Robert L. Jovick,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgments appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this January 29, 2024.

Bowen Greenwood, Clerk of the Supreme Court

c:      Alyssa Lanae Campbell, Liesel Dawn Shoquist, Jeffrey R. Kuchel, E. Lars Phillips, Robert L. Jovick